FERRARI CARANO VINEYARDS and WINERY, DONALD L. CARANO, TAX MATTERS PARTNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Ferrari Carano Vineyards & Winery v. Commissioner
Docket No. 19117-96
United States Tax Court
1997 U.S. Tax Ct. LEXIS 77; November 12, 1997, Entered *77 Joseph H. Gale, Judge. Gale
DECISION
Pursuant to Rule 248(a) of the Tax Court Rules of Practice and Procedure, and following submission of this case without trial, it is
ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of the Ferrari Carano Vineyards and Winery partnership for the year ended October 31, 1991:
Partnership Item
As Reported
As Determined
Grape Growing Costs
$ 1,042,775
$ 1,042,775 Interest Capitalized To Wine
167,361
42,360 COGS-Interest Capitalized to Wine
0
0 Interest Capitalized to CIP Bldgs
25,158
0 Depreciation/Capitalized interest
0
(340)
Joseph H. Gale
Judge
Entered: NOV 12 1997
It is stipulated that the Court may enter the foregoing decision pursuant to Tax Court Rule 248(a).
It is further stipulated that this decision shall be treated as a resolution on the merits binding on all of the parties.
It is further stipulated that the undersigned Tax Matters Partner of Ferrari Carano Vineyards and Winery for the taxable year ending October 31, 1991, by executing this stipulation, consents to the entry of the foregoing decision in this case and certifies that no party objects.
STUART L. BROWN
*78 Chief Counsel
Internal Revenue Service
DONALD L. CARANO
Tax Matters Partner
ROBERT H. KAPP, ESQ.
Counsel for Petitioner
Tax Court Bar No. KR0416
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel. (202) 637-5600
By:
KATHRYN K. VETTER
Attorney
Tax Court Bar No. VK0018
Internal Revenue Service
Suite 470, 4330 Watt Avenue
North Highlands, CA 95660
P.O. Box 2900, SA-2801
Sacramento, CA 95812-2900
Telephone: (916) 974-5700